UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE: REQUEST FOR
CERTIFICATE OF GOOD STANDING          1:20-MC-764/
                                      2:20-MC-765

-------------------------------------------------------X

I, __Gillian Cassell-Stiga_____, hereby request a copy of my certificate of good standing.

My date of admission to the Eastern District of New York is __12/5/2014_____.

My state attorney registration number is __5069877_____.

Law Firm or Other Employer: __Free Speech For People_____

Address: __1320 Centre Street #405_____
__Newton, MA 02459_____

Phone: __617-453-8534__    Mobile Phone: __617-453-8534__

Email: __gillian@freespeechforpeople.org__

Dated: __9/29/20_____     _____[signature]_____
                                         Signature